# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JORDAN GUY MACDONALD
GOUDREAU,

      Plaintiff,

v.                                 Case No:   6:18-cv-1347-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## RELATED CASE ORDER
## AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.   It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case.   All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

August 16, 2018

ROY B. DALTON, JR.
Roy B. Dalton, Jr. [37]
United States District Judge

PAUL G. BYRON
Paul G. Byron [40]
United States District Judge

CARLOS E. MENDOZA
Carlos E. Mendoza [41]
United States District Judge

G. KENDALL SHARP
G. Kendall Sharp [18]
Senior United States District Judge

PATRICIA C. FAWSETT
Patricia C. Fawsett [19]
Senior United States District Judge

GREGORY A. PRESNELL
Gregory A. Presnell [31]
Senior United States District Judge

JOHN ANTOON II
John Antoon II [28]
Senior United States District Judge

ANNE C. CONWAY
Anne C. Conway [22]
Senior United States District Judge

KARLA R. SPAULDING
Karla R. Spaulding [KRS]
United States Magistrate Judge

GREGORY J. KELLY
Gregory J. Kelly [GJK]
United States Magistrate Judge

THOMAS B. SMITH
Thomas B. Smith [TBS]
United States Magistrate Judge

DANIEL C. IRICK
Daniel C. Irick [DCI]
United States Magistrate Judge

DAVID A. BAKER
David A. Baker [DAB]
United States Magistrate Judge

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies to:    All Counsel of Record
              All *Pro Se* Parties

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JORDAN GUY MACDONALD
GOUDREAU,

       Plaintiff,

v.                                                                    Case No:   6:18-cv-1347-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]